# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EDDIE BRILEY**                                                                     **PLAINTIFF**

**v.**                         **Case No. 5:17-cv-00048-LPR**

**WRIGHT,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on January 16, 2020, it is considered, ordered, and adjudged that Plaintiff's case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 16th Day of January 2020.

                                                                             Lee P. Rudofsky
                                                                             UNITED STATES DISTRICT JUDGE